UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.D.L., et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | No.: 1:20-cv-01420 NONE JLT<br><br>ORDER GRANTING STIPULATION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION; ORDER REMANDING THE MATTER TO STATE COURT<br>(Doc. 6) |

　　Based upon the stipulation of the parties, the Court **ORDERS**:

　　1.　　The stipulation (Doc. 6) to dismiss first, second, third, fourth and fifth causes of action is GRANTED;

　　2.　　Because this case was removed to this court only recently, no judicial resources have been expended on it. *See Carnegie-Mellon Univ. v. Cohill*, 484 US 343, 350 (1988). Consequently, the court declines to exercise supplemental jurisdiction and REMANDS the matter to the Kern County Superior Court.

IT IS SO ORDERED.

　Dated:　**November 20, 2020**　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE